## CRARY *v.* DEVLIN.

**ERROR TO THE COURT OF APPEALS OF THE STATE OF NEW YORK.**

No. 527. Submitted January 31, 1876. — Decided February 21, 1876.

Dismissed on the authority of *Mining Co.* v. *Boggs*, 3 Wall. 304.

The finding by a state court that the facts on which a party relies to bring his case within a statute of the United States do not exist is no decision against the validity of that statute.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

The motion to dismiss this cause is granted upon the authority of *Mining Co.* v. *Boggs*, 3 Wall. 304. There could have been no decision of the Court of Appeals against the validity of any statute of the United States, because it was found that the facts upon which the defendants below relied to bring their case within the statute in question did not exist. The judgment did not deny the validity of the statute, but the existence of the facts necessary to bring the case within its operation. *Dismissed.*

*Mr. Edward T. Wood, Mr. Lyman Elmore* and *Mr. M. H. Carpenter* for plaintiffs in error.

*Mr. R. Fendall* for defendant in error.